United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11
12

GARY L. SMITH,

              Plaintiff,

13

14

     v.

15

16

CITY OF SAN FRANCISCO, et. al.,

17

              Defendants.

Case No. 22-cv-08918 BLF

**ORDER OF DISMISSAL**

18
19
20
21
22
23
24
25
26
27
28

On December 16, 2022, Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. On the same day, the Clerk sent Plaintiff a notice informing him that the IFP application he filed was insufficient because he did not submit the proper form and the necessary supporting documents. Dkt. No. 4. Plaintiff was provided with a blank copy of the Court's IFP application and directed to respond within twenty-eight days to avoid dismissal. *Id*.

The deadline passed, and Plaintiff failed to respond. The matter was reassigned to this Court on January 18, 2023. Dkt. No. 6. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee. The Clerk shall terminate all pending

1   motions and close the file.

2        **IT IS SO ORDERED.**

3   Dated:   ___**February 2, 2023**___

4                                              BETH LABSON FREEMAN
                                               United States District Judge

United States District Court
Northern District of California

Order of Dismissal
P:\PRO-SE\BLF\CR.22\08918Smith_dis-ifp.

2