United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SAN FRANCISCO, et. al.,<br><br>        Defendants. | Case No. 22-cv-08918 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file an IFP application. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: ___February 2, 2023___

                                              BETH LABSON FREEMAN
                                              United States District Judge